## Commonwealth ex rel. Bey, Appellant, *v.* Myers.

Submitted June 11, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

64

*MacDonald Mercer Bey,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, July 3, 1959:

The order of the court below dismissing relator's petition for a writ of habeas corpus is affirmed on the opinion of Judge SLOANE of the Court of Common Pleas No. 7 of Philadelphia County, as reported in 17 Pa. D. & C. 2d 387.